OCTOBER 10, 1957

*United States* v. *C. J. Tower & Sons, Railway Express Agency* (No. 4927).—Elevator sill plates—Structural shapes.
*United States* v. *Hoyt, Shepston & Sciaroni* (No. 4928).—Canned clams—American selling price.

NOVEMBER 8, 1957

*Paillard Productions, Inc.* v. *United States* (No. 4933).—Motion picture projectors.

JANUARY 6, 1958

*B. R. Anderson & Co., Hemphill Brothers, Inc.* v. *United States* (No. 4929).—Limestone, crude, crushed or broken.

FEBRUARY 6, 1958

*Manca, Inc., et al.* v. *United States* (No. 4946).—Optical instruments with frames and mountings therefor, micro-projectors—Scientific or laboratory instruments, projection lens with frames and mountings.
*United States* v. *Swiss Manufactures Association, Inc., et al.* (No. 4948).—Synthetic resin articles—(diamond grinding wheels)—Earthy or mineral substances.

MARCH 4, 1958

*Nicholas Gal (Globe Shipping Co. Inc.)* v. *United States* (No. 4926).—Aluminum metal-covered paper.